UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JIMMY GENE MILLER JR.,<br><br>          Defendant. | Case No. CR21-218 TL<br><br>DETENTION ORDER |

Mr. Miller is charged with Unlawful Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1) and Unlawful Possession of Ammunition in violation of 18 U.S.C. § 922(g)(1). On December 21, 2021, the Court held a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. There is a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e).

2. Mr. Miller stipulated to detention.

3. Mr. Miller is alleged to have committed the crimes in this case while on supervision in another case in this court. Mr. Miller was detained on a supervised release violation on November 22, 2021.

4. Based on these findings, and for the reasons stated on the record, there does not

DETENTION ORDER - 1

appear to be any condition or combination of conditions that will reasonably assure the Mr. Miller's appearance at future court hearings while addressing the danger to other persons or the community.

5. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Mr. Miller as required and the safety of the community.

IT IS THEREFORE ORDERED:

(1) Mr. Miller shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Miller shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Miller is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Miller, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 21st day of December, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge