THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JIMMY GENE MILLER JR., <br><br> Defendant. | No. CR21-218-RAJ <br><br> ORDER GRANTING MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL MOTIONS DEADLINE |

THE COURT has considered the unopposed motion of the defense to continue the trial date now set for February 28, 2022 and pretrial motions deadline set for January 11, 2022, and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsels for the defendants the reasonable time necessary for effective preparation due to counsels' need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

(b) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

(c) the additional time requested is a reasonable period of delay, as the defendants have requested more time to prepare for trial, to investigate the matter, to gather evidence material to their defenses, and to consider possible defenses;

ORDER GRANTING MOTION TO CONTINUE
TRIAL AND EXTEND PRETRIAL MOTIONS
DEADLINE
(*USA v. Miller.*; CR21-218-RAJ) - 1

Peter A. Camiel
**Camiel & Chaney P.S.**
2815 Elliott Avenue, Suite 100
Seattle, Washington 98121
(206)636-1725

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendants in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A);

(e) the additional time requested between the current trial date of February 28, 2022, and the new trial date is necessary to provide counsels for the defendants the reasonable time necessary to prepare for trial, considering counsels' schedules and all of the facts set forth above;

IT IS THEREFORE ORDERED that Defendant's unopposed motion (Dkt. # 14) is GRANTED. The trial date in this matter is continued to June 27, 2022. All pretrial motions, including motions in limine, shall be filed no later than May 12, 2022.

IT IS FURTHER ORDERED that the period of delay from the date of this order to the new trial date of June 27, 2022, is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

DATED this 19th day of January, 2022.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO CONTINUE
TRIAL AND EXTEND PRETRIAL MOTIONS
DEADLINE
(*USA v. Miller.*; CR21-218-RAJ) - 2

Peter A. Camiel
Camiel & Chaney P.S.
2815 Elliott Avenue, Suite 100
Seattle, Washington 98121
(206)636-1725