THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> JIMMY GENE MILLER, JR., </br></br> Defendant. | No. CR21-218-RAJ </br></br> ORDER GRANTING MOTION TO PRODUCE PROBATION RECORDS |

THE COURT has considered the motion of the defendant for the production of probation records, and the files and pleadings herein, and notes that no objection has been filed by the government.

IT IS THEREFORE ORDERED that defendant's motion (Dkt. 18) is granted. The United States Probation Office shall produce for defense counsel the following:

All United States Probation Office chronological file records (chronos) or other records including memoranda and emails that document all contacts or communications by the United States Probation Office with Mr. Miller and with law enforcement regarding Mr. Miller between November 25, 2020, and November 19, 2021.

The above records should be produced no later than February 25, 2022.

DATED this 16th day of February, 2022.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO PRODUCE PROBATION RECORDS
(*USA v. Miller.*; CR21-218-RAJ) - 1

Peter A. Camiel
Camiel & Chaney P.S.
2815 Elliott Avenue, Suite 100
Seattle, Washington 98121
(206)636-1725