Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JIMMY GENE MILLER, JR., <br><br> Defendant. | NO. 2:21-00218-RAJ <br><br> **PROTECTIVE ORDER RESTRAINING CERTAIN FORFEITABLE PROPERTY** |

THIS MATTER comes before the Court on the United States' Motion for Protective Order Restraining Certain Forfeitable Property ("Motion"), of the following property, seized on or about November 19, 2021 (collectively, the "Subject Property"):

- One Springfield Armory, 9mm Pistol, with serial number BA104305; and
- associated ammunition.

The Court, having reviewed the papers and pleadings filed in this matter, including the United States' Motion and supporting Declaration of Federal Bureau of Investigation ("FBI") Special Agent ("SA") Shawna S. McCann, hereby FINDS a protective order restraining the Subject Property is appropriate because:

- The United States gave notice of its intent to pursue forfeiture of the Subject Property in the Indictment, Dkt. No. 1 at 3-4;

PROTECTIVE ORDER TO RESTRAIN FORFEITABLE PROPERTY - 1
*United States v. Jimmy Gene Miller, Jr.*, 2:21-cr-00218-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- Based on the facts set forth in SA McCann's Declaration, there is probable cause to believe the Subject Property is subject to forfeiture in this case; and

- The Subject Property continued restraint is appropriate, pursuant to 21 U.S.C. § 853(e)(1), to ensure it remains available for forfeiture.

NOW, THEREFORE, THE COURT ORDERS:

1. The United States' request for a protective order restraining the Subject Property pending the conclusion of this case is GRANTED; and

2. The Subject Property shall remain in the custody of the United States, and/or its authorized agents or representatives, pending the conclusion of criminal forfeiture proceedings and/or further order of this Court.

IT IS SO ORDERED.

DATED this 6th day of April, 2022.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

PROTECTIVE ORDER TO RESTRAIN FORFEITABLE PROPERTY - 2
*United States v. Jimmy Gene Miller, Jr.,* 2:21-cr-00218-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970