THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR21-218-RAJ |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| JIMMY GENE MILLER, JR., | ) | |
| | ) | |
| Defendant. | ) | |

THE COURT, having considered the motion of the defendant for the production of unredacted probation records, and the response by United States Probation, ORDERS that United States Probation file the requested records under seal and provide the same to the Court for *in camera* review.

DATED this 2nd day of May, 2022.

_____
HON. RICHARD A. JONES
United States District Judge

ORDER - 1