THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR21-218-RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING MOTION TO SEAL |
| JIMMY GENE MILLER, JR., | ) | |
| Defendant. | ) | |

THE COURT has considered the motion of the defendant to file, under seal, the probation records that are an exhibit to his motion for unredacted probation records. For the reasons stated in the motion, and finding good cause, the defendant's motion to seal (Dkt. 21) is GRANTED. The exhibit filed under Dkt. 22 shall remain under seal unless and until otherwise ordered by the Court.

DATED this 2nd day of May, 2022.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1