THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JIMMY GENE MILLER JR,<br><br>   Defendant. | No. CR21-218-RAJ<br><br>ORDER GRANTING MOTION TO FILE EXHIBITS UNDER SEAL |

THE COURT has considered the defendant's motion to file the exhibits to his motion to suppress evidence and for a *Franks* hearing under seal. For the reasons stated in his motion to seal exhibits, and for good cause shown, Defendant's Motion to Seal (Dkt. 33) is GRANTED.

DATED this 17th day of May, 2022.

_____
HON. RICHARD A. JONES
United States District Judge

ORDER GRANTING MOTION TO
FILE EXHIBITS UNDER SEAL
(*USA v. Miller.*; CR21-218-RAJ) - 1

Peter A. Camiel
Camiel & Chaney P.S.
2815 Elliott Avenue, Suite 100
Seattle, Washington 98121
(206)636-1725