THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JIMMY GENE MILLER JR,<br><br>　　　　　Defendant. | No. CR21-218-RAJ<br><br>ORDER GRANTING MOTION<br>TO FILE OVERLENGTH BRIEF |

THE COURT has considered the defendant's motion to file an overlength brief in support of his motion to suppress evidence and for a *Franks* hearing. For the reasons stated in the motion defendant, and for good cause shown, the Court GRANTS the motion (Dkt. 32). Defendant may file a brief of not more than twenty-five pages.

DATED this 17th day of May, 2022.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HON. RICHARD A. JONES
　　　　　　　　　　　　　　　　United States District Judge

ORDER GRANTING MOTION
TO FILE OVERLENGTH BRIEF
(*USA v. Miller.*; CR21-218-RAJ) - 1

Peter A. Camiel
Camiel & Chaney P.S.
2815 Elliott Avenue, Suite 100
Seattle, Washington 98121
(206)636-1725