The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JIMMY GENE MILLER,<br><br>Defendant. | NO. CR21-218-RAJ<br><br>ORDER GRANTING UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE OF DEFENDANT'S PRETRIAL MOTIONS |

Having reviewed the United States' unopposed Motion to Extend Briefing Schedule of Defendant's Pretrial Motions, and based upon the reasons set forth in that Motion, IT IS SO ORDERED:

The motion (Dkt. 40) is GRANTED. The government shall file its response to the Motion in Limine (Docket No. 31) and Motion to Suppress and for *Franks* Hearing (Docket No. 35) no later than June 2, 2022. The Defendant shall file his reply briefs, if any, no later than June 9, 2022. Both motions are renoted for June 10, 2022.

DATED this __20th__ day of May, 2022.

*Richard A. Jones*
RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

UNITED STATES v. MILLER/CR21-218-RAJ
ORDER GRANTING STIPULATED MOTION TO EXTEND BRIEFING
SCHEDULE OF PRETRIAL MOTIONS - 1

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970