THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:21-cr-00218-RAJ |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER GRANTING MOTION |
| | ) TO CONTINUE TRIAL DATE AND |
| | ) PRETRIAL MOTIONS DEADLINE |
| JIMMY GENE MILLER JR, | ) |
| Defendant. | ) |
| | ) |

THE COURT has considered the unopposed motion of the defense to continue the trial date now set for June 27, 2022. The Court finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

(b) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

(c) the additional time requested is a reasonable period of delay, as the defendants has requested more time to prepare for trial, to investigate the matter, to gather evidence material to his defenses, and to consider possible defenses;

ORDER GRANTING MOTION TO CONTINUE TRIAL
DATE AND PRETRIAL MOTIONS DEADLINE
(*USA v. Miller*, 2:21-cr-00218-RAJ) - 1

**Peter A. Camiel**
**Camiel & Chaney P.S.**
**2815 Elliott Avenue, Suite 100**
**Seattle, Washington 98121**
**(206)636-1725**

1   (d) the ends of justice will best be served by a continuance, and the ends of

2   justice outweigh the best interests of the public and the defendants in any speedier trial,

3   as set forth in 18 U.S.C. § 3161(h)(7)(A);

4   (e) the additional time requested between the current trial date of June 27, 2022,

5   and the new trial date is necessary to provide counsels for the defendants the reasonable

6   time necessary to prepare for trial, considering counsels' schedules and all of the facts

7   set forth above;

8   IT IS THEREFORE ORDERED that Defendant's unopposed motion (Dkt. 46) is

9   GRANTED.  The trial date in this matter is continued to December 5, 2022.

10   IT IS FURTHER ORDERED that the period of delay from the date of this order

11   to the new trial date of December 5, 2022, is excludable time pursuant to 18 U.S.C. §§

12   3161(h)(7)(A) and (h)(7)(B)(iv).

13

14   DATED this 31st day of May, 2022.

15

16   _____

17   HON. RICHARD A. JONES
     United States District Judge

18

19

20

21

22

23

24

25

26

ORDER GRANTING MOTION TO CONTINUE TRIAL
DATE AND PRETRIAL MOTIONS DEADLINE
(*USA v. Miller*, 2:21-cr-00218-RAJ) - 2

**Peter A. Camiel**
**Camiel & Chaney P.S.**
**2815 Elliott Avenue, Suite 100**
**Seattle, Washington 98121**
**(206)636-1725**