The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JIMMY GENE MILLER, JR,<br><br>Defendant. | No. CR21-218 RAJ<br><br>ORDER GRANTING MOTION<br>TO FILE OVERLENGTH BRIEF |

The Court, having reviewed the Motion of the United States to File a Brief in Excess of Twelve Pages, hereby enters the following order:

IT IS HEREBY ORDERED that the Motion (Dkt. 52) is GRANTED. The United States may file its Response to Defendant's Motion to Suppress that does not exceed 50 pages in length.

DATED this 6th day of June, 2022.

*Richard A. Jones*
RICHARD A. JONES
United States District Judge

*United States v. Miller* / CR21-218-RAJ
ORDER - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970