The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JIMMY GENE MILLER, JR,<br><br>Defendant. | No. CR21-218 RAJ<br><br>ORDER GRANTING MOTION TO SEAL DOCUMENT |

Having considered the Government's Motion to Seal and to protect from public dissemination of the US Probation Office's chronological logs,

It is hereby ORDERED that the United States' Motion to Seal (Dkt. 54) is GRANTED. Exhibit A to the United States' Response to Defendant's Motion to Suppress shall remain sealed.

DATED this 6th day of June, 2022.

*(signature)*
RICHARD A. JONES
United States District Judge

*United States v. Miller* / CR21-218-RAJ
ORDER GRANTING MOTION TO SEAL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970