THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JIMMY GENE MILLER JR, <br><br> Defendant. | No. CR21-218-RAJ <br><br> ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR FILING REPLY |

THE COURT has considered the unopposed motion of the defendant for an extension of time for the filing of his reply memorandum as to the Motion To Suppress filed at Docket No. 35.  Defendant's motion is granted.  Defendant shall file his reply memorandum by June 16, 2022, and the Motion to Suppress is renoted for June 17, 2022.

DATED this 6th day of June, 2022.

_____
RICHARD A. JONES
United States District Judge

ORDER
(*USA v. Miller*, CR21-218-RAJ) - 1

Peter A. Camiel
**Camiel & Chaney P.S.**
**2815 Elliott Avenue, Suite 100**
**Seattle, Washington 98121**
**(206)636-1725**