The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | No. 2:21-cr-00218-RAJ |
| v. | ORDER |
| JIMMY GENE MILLER, JR., | |
| Defendant. | |

THIS MATTER comes before the Court upon Defendant's Motion for Disclosure of Unredacted Probation Records. Dkt. 20. The Court has reviewed *in camera* the unredacted probation records and concludes the defendant is entitled to receive the records as modified from the prior disclosure with substantially reduced redactions. These records will be filed under seal by the Court with a copy provided to counsel.

DATED this 10th day of June, 2022.

_____
HON. RICHARD A. JONES
United States District Judge

ORDER - 1