HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:21-cr-00218-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO FILE OVERLENGTH BRIEF |
| JIMMY GENE MILLER JR., | |
| Defendant. | |

THE COURT has considered the Defendant's motion to file an overlength reply memorandum in reply to the government response to his motion to suppress evidence and for a *Franks* hearing.  Finding finding good cause, the Court GRANTS the motion (Dkt. 63).  For the reasons stated in the motion, Defendant may file a brief of not more than 30 pages.

DATED this 16th day of June, 2022.

HON. RICHARD A. JONES
United States District Judge