HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:21-cr-00218-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO FILE EXHIBIT UNDER SEAL |
| JIMMY GENE MILLER JR., | |
| Defendant. | |

THE COURT has considered the motion of the Defendant to file, under seal, an exhibit to his Reply Memorandum. For the reasons stated in the motion, and for good cause shown, Defendant's Motion to Seal (Dkt. 65) is GRANTED, and the exhibit is to remain sealed.

DATED this 16th day of June, 2022.

HON. RICHARD A. JONES
United States District Judge