The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JIMMY GENE MILLER, JR.,<br><br>　　　　　Defendant. | NO. 2:21-cr-00218-RAJ<br><br>ORDER GRANTING GOVERNMENT'S MOTION FOR PERMISSION TO FILE SURREPLY |

　　The Court, having reviewed the Government's Motion for Permission to file Surreply, and finding good cause, enters the following Order:

　　IT IS ORDERED that the motion (Dkt. 71) is GRANTED. The Government may file a surreply to the Reply Memorandum Regarding Defendant Jimmy Miller's Motion to Suppress and for *Franks* Hearing no later than July 7, 2022.

　　DATED this 23rd day of June, 2022.

*Richard A. Jones*

HON. RICHARD A. JONES
United States District Judge

ORDER GRANTING MOTION TO FILE SURREPLY
(United States v. Miller/2:21-cr-00218-RAJ) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970