THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:21-cr-00218-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO SEAL DOCUMENT |
| JIMMY GENE MILLER, JR., | |
| Defendant. | |

THE COURT has considered the motion of the defendant to seal his previously filed Reply Memorandum, Dkt. 64.  For the reasons stated in the motion, and the Court finding good cause, defendant's motion (Dkt. 72) is GRANTED.  Defendant's Reply Memorandum filed at Dkt. 64 shall be sealed.

DATED this 23rd day of June, 2022.

*Richard A. Jones*

HON. RICHARD A. JONES
United States District Judge

ORDER
(*USA v. Miller*, 2:21-cr-00218-RAJ) - 1

Peter A. Camiel
Camiel & Chaney P.S.
2815 Elliott Avenue, Suite 100
Seattle, Washington 98121
(206)636-1725