The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JIMMY GENE MILLER, JR., <br><br> Defendant. | NO. CR21-218 RAJ <br><br> **PROTECTIVE ORDER** |

This matter, having come to the Court's attention on the government's unopposed motion for entry of a discovery protective order, and the Court, having considered the motion, and being fully advised in this matter, hereby enters the following PROTECTIVE ORDER:

**1.   Protected Material.**

The following documents and materials are deemed Protected Material: Any unredacted copies, whether paper or electronic, of Bates 10274.

The United States will make available copies of the Protected Material to defense counsel to comply with the government's discovery obligations. Possession of copies of the Protected Materials is limited to the attorneys of record, and investigators, paralegals,

PROTECTIVE ORDER - 1
UNITED STATES v. MILLER/CR21-218 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

law clerks, experts and assistants for the attorneys of record (hereinafter collectively referred to as "members of the defense team"):

The members of the defense team may not share or review the documents containing Protected Material, or any copies of any documents containing Protected Material, in any manner with any other person, including Defendant. The members of the defense team shall keep any documents containing Protected Material secured whenever the documents containing Protected Material is not being used in furtherance of their work in the above captioned case.

Additional discovery items may be deemed by the parties to constitute Protective Material upon agreement.

Any violation of these prohibitions constitutes a violation of the Protective Order. Defense counsel and all members of the defense team are subject to the terms and conditions of this Protective Order. Further, defense counsel are required, prior to disseminating any copies of the Protected Materials to members of the defense team, to provide a copy of this Protective Order to members of the defense team, and obtain written consent by members of the defense team of their acknowledgement to be bound by the terms and conditions of this Protective Order. The written consent need not be disclosed or produced to the United States unless requested by the Assistant United States Attorney and ordered by the Court.

Nothing in this order should be construed as imposing any discovery obligations on the government that are different from those imposed by case law and Rule 16 of the Federal Rules of Criminal Procedure.

**2.   Filing**

Any Protected Material that is filed with the Court in connection with pre-trial motions, trial, or other matter before this Court, shall be filed under seal and shall remain sealed until otherwise ordered by this Court. This does not entitle either party to seal their filings as a matter of course. The parties are required to comply in all respects to the

PROTECTIVE ORDER - 2
UNITED STATES v. MILLER/CR21-218 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

relevant local and federal rules of criminal procedure pertaining to the sealing of court documents.

### 3. Nontermination

The provisions of this Order shall not terminate at the conclusion of this prosecution.

### 4. Violation of Any Terms of this Order

Any violation of any term or condition of this Order by the Defendant, his attorneys of record, any member of the defense team, may be held in contempt of court, and/or may be subject to monetary or other sanctions as deemed appropriate by this Court.

If the Defendant violates any term or condition of this Order, the United States reserves its right to seek a sentencing enhancement for obstruction of justice, or to file any criminal charges relating to the defendant's violation.

The Clerk of the Court is directed to provide a filed copy of this Protective Order to all counsel of record.

DATED this 8th day of July, 2022.

*/s/ Richard A. Jones*

THE HONORABLE RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

PROTECTIVE ORDER - 3
UNITED STATES v. MILLER/CR21-218 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970