The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JIMMY GENE MILLER JR,<br><br>Defendant. | NO. CR21-218 RAJ<br><br>ORDER GRANTING UNITED STATES' MOTION TO FILE A OVERLENGTH SURREPLY IN EXCESS OF THREE PAGES |

The Court having reviewed the Government's Motion to File a Overlength Surreply in Excess of Three Pages, and finding good cause, enters the following order:

IT IS HEREBY ORDERED that the motion (Dkt. 78) is GRANTED.  The Government may file a Surreply in response to the Defendant's Response to Motion to Suppress and for Franks Hearing (Docket No. 64), not to exceed fifteen pages.

DATED this 8th day of July, 2022.

*[signature]*

HON. RICHARD A. JONES
United States District Judge

ORDER GRANTING MOTION
TO FILE OVERLENGTH SURREPLY
*United States v. Miller /CR21-218 RAJ*) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970