THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR21-218-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO SEAL DOCUMENT |
| JIMMY GENE MILLER JR, | |
| Defendant. | |

THE COURT has considered the motion of the defendant to file under seal the mental health evaluation report being submitted as an exhibit for his sentencing hearing. For the reasons stated in the motion, the motion (Dkt. 99) is GRANTED. The exhibit may remain under seal.

DATED this 3rd day of February, 2023.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER
(*USA v. Miller*; CR21-218-RAJ) - 1

Peter A. Camiel
Camiel & Chaney P.S.
2815 Elliott Avenue, Suite 100
Seattle, Washington 98121
(206)636-1725