Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JIMMY GENE MILLER, JR., Defendant. | No. 2:21-cr-00218-RAJ<br><br>ORDER ON MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

THIS MATTER comes before the Court upon Defendant Jimmy Gene Miller, Jr.'s Motion for Early Termination of Supervised Release. Dkt. 123. Having considered the parties' briefing, the applicable legal standard as specified in 18 U.S.C. § 3583(e), as well as the factors set forth in § 3553(a),

IT IS ORDERED that Defendant's Motion for Early Termination of Supervised Release is **DENIED**.

DATED this 10th day of September, 2026.

The Honorable Richard A. Jones
United States District Judge